FILED

## United States District Court
### Eastern District of North Carolina
### Western Division

DEC 2 8 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case No. 5:22-ct- 3455-BO

(To be filled out by Clerk's Office only)

JULIAN TERELL FURR
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number_____

-against-

UNITED STATES of AME
-RICA

ET. AL

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☒    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Julian Furr
_____
Name

1685715
_____
Prisoner ID #

Central Prison
_____
Place of Detention

4285   MSC
_____
Institutional Address

Raleigh                 NC            27699
_____
City                        State         Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal
☐    Civilly committed detainee
☐    Immigration detainee
☒    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   _John Doe_
Name

_Chief of Selma Police Department_
Current Job Title

_1200 South Pollock St - J._
Current Work Address

_Selma_                  _N C_              _27576_
City                          State                  Zip Code

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both


Defendant 2:   _Thomas Lock_
Name

_resident Superior Judge_
Current Job Title

_207 E Johnston St_
Current Work Address

_Smithfield_            _N J C_            _27576_
City                          State                  Zip Code

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: _____John Doe_____
Name

_____Director of NCIS_____
Current Job Title

_____Sicard Street South West_____
Current Work Address

_____Washington_____ _DC__ ____20:003___
City                     State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 4: _____John Doe_____
Name

_____Director of NCSBI_____
Current Job Title

_____225 Tryon globe Suite 200A._____
Current Work Address

_____Raleigh_____ _NC__ ____27603___
City                     State         Zip Code

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both

5. Johnston County
   name

   City of Johnston County NC
   current Job Title
   207 E Johnston St
   current work Address
   Smithfield   NC   27576
   City   State   zipcode   Capacity in which being
   sued ☒ individual

6. united states of America
   name

   U.S. District Attorney Michael F. Easley Jr.
   current Job Title
   150 Fayetteville st suite 2100
   current work Address
   Raleigh NC 21604
   city state zipcode
                    Capacity in which being
   sued ☒ individual

7. United States of America
   name
   Attorney General of the united states Merrick B. Garland
   current Job Title
   950 Pennsylvanein Ave Northwest
   current work Address
   Washington DC 20530
   City state zipcode   capacity in which being sued
   ☒ individual

8. Donald Trump
name

Former President
Current Job Title

Current Work Address

City          State          Zipcode     Capacity in which
being sued  ☒ individual

9. Jane Doe
name

District Attorney of Johnston county court house
Current Job Title

207 E Johnston St
Current Work Address

Smithfield     NC        27576
City           State      Zipcode     Capacity in which being
Sued  ☐ official

10. Joe Biden
name

President / Chief of Staff
Current Job Title

1600 Pennsylvania Ave Northwest
Current Work Address

Washington    DC       20500
City          State    Zipcode     Capacity in which being sued

☒ official

11. Department of Navy - Marine Corp
      Name
      Commandant of Marine corp and sergeant Major of Marine

   Current Job Title

   Marine Corp Base
   Current Work Address

   Quantico    VA        22134
   City        State     Zipcode    capacity in which being Sued

   ☒ individual

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Camp Lejuene NC and Johnson County_

Date(s) of occurrence: _January 08, 2020 to Current_

State which of your federal constitutional or federal statutory rights have been violated:

_Fourth Amendment, Eighth Amendment, and, Fourteenth Amendm_
_ent of the United States Constitution and American Disability Act._

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

_1. The Plaintiff, Julian Fulk was Stationed at_

_Camp Lejuene at wound warrior battalion_

<table>
<tr><td>Who did what to you?</td><td>_NC Due to being a diagnose Schizophrenic_</td></tr>
</table>

_and the inability to perform regular Military_

_duties._

_2. Defendants of NCIS Director John Doe, Chief of_

_SPD John Doe, Ast Director of NCSBI_

_John Doe have officers who go by a_

_policy when working a case jointly that_

_See Attach_

2. Violates people's constitutional rights.

3. Defendant's, Department of Navy- Marine corps violated the ADA and allowed illegal search and siezure. The defendants also did not follow medical policy plus procedure Plaintiff was denied medication that would've improved plaintiff's Cognitive functioning Defendants had in their possession.

4. Defendant President Joe Biden is currently over a policy that allows Marines with disabilities to have their ADA rights violated.

5. Former president Donald Trump was over the policy that allowed plaintiff's rights to be violated, as well.

6. Defendant resident Superior Court Judge Thomas Lock of Johnston county court house in Smithfield.NC, Defendant personally Denied All Motions and requests from Plaintiff and

for Plaintiff's Attorney regarding the illegal arrest and false imprisonment.

7. District Attorney of Johnston County Court house Jane Doe allowed malicous prosecution and subordinates to use underhand techniques to get higher punishments.

8. Defendants in Johnston county. Denied plaintiff medication. Plainti -ff was denied court access. Plaintiff tried, but couldn't give ample opportunity to defendants to correct their mistakes because he was not mentally functioning properly.

9. On 02, January 2020, Plaintiff was located

**What happened to you?**

in his barracks room at Wound Warrior Camp

Lejuene NC. When Plaintiff openned his

barracks door after hearing a Knock, at or

about 0400 to 0430. Plaintiff was grabbed

by an NCIS agent and detained. The door

Shut behind Plaintiff as plaintiff was being

**When did it happen to you?**

asked questions about his glasses.

10. Plaintiff asked for his medication as agents

and officers continued to ask the same

questions about his glasses again and aga-

-in. Defendants of SPD and NCSBI begin to

**Where did it happen to you?**

get impassioned So they instructed NCIS

agent to search for eyeglasses in plaint

-iff room.

See Attach

**Page 6 of 10**

11. After Defendant NCIS came back with My glasses and cellphone NCIS agent told Duty NCO to re-open the barracks door to grab clothes for plaintiff.

12. Plaintiff was then transported to get interviewed. In the interview the plaintiff asked for his medication again. Plaintiff began to see objects move in the room. Plaintiff was not read his rights the whole time so plaintiff did not know he did not have to speak. Plaintiff ask if he can get the lawyer that he already has to help him. Plaintiff was then threatened by an SPD officer for doing this.

13. NCIS agent then requested a command search and siezure from the commanding officer of wound warrior. In the Affidavit he does not mention the fact he entered plaintiffs room twice,

13. And Knows What's in there.

14. Despite having personally witness the violation of Plaintiff rights. Defendants Department of Navy + Marine Corp granted the Comm -and Search and Siezure. Which lead to Plaintiff arrest and Convictions of plaintiff rights by the De

15. Plaintiff finally recieved his medication two hours before plaintiff was finally read his rights.

16. Plaintiff was then transported to Johnston County Jail in Smithfield NC with his medication.

17. Plaintiff was asked about his medication by LT on shift at Johnston County Jail. When Plaintiff answered and explained his diagnosis LT. Placed Plaintiff in Solitary confinement without a board. Hearing. He stayed there for 30 days.

18. While in solitary confinement plaintiff was denied medication

then the following week placed on a new medication due to

policy, without consent.

19. Plaintiff began to request mental Health intervention often but

was ignored, No response was given until months later.

20. On or about March 14, 2021 Plaintiff was placed in solitary

confinement in pod C cell6 at Johnston County Jail, Plaintiff

Was out on rec and was told to move to cell 2 in pod C

that had fieces smeared on the walls and ground. Plaintiff begg

-ed not to go in there and if he is to be housed in

there to clean it first, officers denied cleaning request

and told plaintiff to go in there anyway.

21. Lt. Ricks of Johnston County jail said it is out

21. of her hands.

22. Plaintiff Noticed that lead Lt Jerinkin and captain in company with a group of officers entered Pod C. So plaintiff begged for them not to put him in cell 2 of Pod C.

23. One of the officers of Johnston county Jail officer Hinton stepped forward as if to attack plaintiff but was restrained by Lt Ricks.

24. When Plaintiff asked to speak to captain alone plaintiff was attacked by Lt. Jerinkin.

25. Plaintiff was going in and out consciousness plaintiff remembers being punched in the face, choked, and struck with a baton, repeatedly.

26. Lt. Jerinkin then instructed officers to lift plaintiff

26. up and throw him into cell 2 of pod C. Plaintiff hit his head on the bunk and landed in smeared fieces that was on the floors and walls. Plaintiff urinated on hisself inv- oluntary after hitting his head, and defecated in his pants.

27. The plaintiff then was talked to by captain Carson. Plainti- -f requested medical attention and his glasses, but was denied both. Plaintiff ended up showing his injuries to the nurse at medication time. The Plaintiff previously had issues with his legs from the military and also head trauma. So Plaintiff asked the nurse what he should do. Nurse instructed plaintiff to stay off the injured leg, And said the swelling to his face will go down. The nurse did no more then look at the injuries through the cell door.

28. Plaintiff was later brought a write up that stated Lt. Jerinkin was the officer who wrote and signed off on admini-strative sergregtion time. Plaintiff did not recieve a discipl-inary board hearing for the incident. Nor did he get new crim-inal charges brought against him. Plaintiff stayed in solitary confinement for 3 months after the incident. Lt. Jerinkin the day after incident threatened Plaintiff with a " round two"; Then hands plaintiff his glasses.

29. Plaintiff began to put in motions to address the violations of his rights. He tried to get the law materials notarized. But Lt. Jerinkin and Lt. Williams said he isn't allowed to do so. Plaintiff's motions were being denied by resident Superior Judge Thomas Lock. Judge Thomas Lock never

29. mentioned why the motions were being denied. Plaintiff wrote letters to all parties to get them to correct they errors. Plaintiff recieved no response, to this day.

30. On or about June 7, 2021 plaintiff's attorney tried to bring the illegal arrest to the court's attention but Judge Lock ignored this. Then bragged about denying Plaintiff's Motions. On May 17, 2021 Plaintiff opening explained the right that was violated to another Judge but was told he was not competent. On June 7, 2021 Prosecutor Mark Mayakis Stated these are the facts. Then Said Plaintiff Committed a crime out of boredom. Prosecutor Mayakis also fabricate facts that the Motion clearly States otherwise. To ellicit an emotional response. The Judge Lock repeatledy ask if

30, the case was captiol during the proceeding, Mark Mayakis

asked for a million dollar bond after plaintiff waited 18 months

without a bond. Judge Lock quickly ruled in his favor.

31, Later on June 6, 2022 prosecutor Mayakis used the same

techique he used in the bond hearing to get an emotional

response from the Judge. When the Judge was about to Sentence

Plaintiff, Prosecutor Mayakis begged for the highest punishm

ent, Despite plaintiff having never been in trouble befor

Mayakis was granted this as well.

32. Plaintiff was never mentally evaluated to

What was
your
injury?

see if his cognitive functioning was normaly enough to stand trial. Plaintiff has medical records from the military saying He should have someone from his command, or in general, be with him at all times. Plaintiff also has has a history of traumatic Brain injuries (TBI) that slow down plaintiff's speech, thoughts, and reasoning.

33. Plaintiff has a perminent Knot on his right shin. Plaintiff had suicidal thoughts often after illegal arrest. The thoughts hightened after Plaintiff was beaten and placed in solitary confinement. Plaintiff has bowel movements and urinates on his self

See attach

34. involuntary from time to time since beaten.

35. Plaintiff lost his wife and custody of his son due to illegal arrest. Plaintiff's son does not know plaintiff and Plaintiff has no way to commenicate with his Son, Plaintiff desire to communicate with his son while he is incarcerated.

36. Plaintiff lost his property and went into debt. Because of illegal arrest and false imprisonment.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No
    If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?   ☒ Yes   ☐ No
    If no, explain why not:

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

A. An injunction ordering defendants: President
Biden, Judge Lock, District Attorney Doe, and, Direc-
tor of NCES to:

1. President Biden to place a conditional Pardon

See Attach

**Page 8 of 10**

1. for plaintiff and anyone who was arrested because of the illegal search and siezure. FurtherMore Plaintiff does not pick up any additienal crimininal charges in 7 years of conditic -mal pardon. Plaintiff's criminal Conviction of current charge be expunged.

2. Defendant Lock to over turn plaintiff Conviction, to throw out illegal arrest, and search and siezure.

3. District Attorney Doe release anyone who was arreste with defendant because of illegal search and siezure.

4. Defendant NCIS Director to fix the policy with requesting command search and siezure for an jointed agenices and transfering Custody.

B. Plaintiff ask for Compensaten damages

1. $100,000 jointly and severally a day against defendants NCSBI Director, NCIS Director, City of Johnston County NC, Department of Navy-Marine Corps, former President Trump, United States and SPD Chief

2. $100,000 jointly and severally A day for Illegal search and siezure against Defendants NCIS Director, Department of Navy-Marine Corp NCSBI Director, Johnston County NC, former President Trump, SPD Chief and United States

3. $100,000 for all loss of property from each defendant NCIS Director, Department of Navy-Marine Corp, NCSBI Director, Johnston County NC, Former President Trump, SPD Chief and United States

4. $750,000 jointly and severally each day for Trespas

4. fing each defendants NCSBI Director, Department of

Navy - Marine Corp, SPD Chief, NCSI Director, and united

States

C. Award punitive damages in the following

Amounts:

1. $100,000 a day from each defendants for violation

of ADA NCSBI Director, Department of Navy-Marine

Corp, SPD Chief, NCIS Director, and unite states

2. $150,000 pain and suffering a day from each defend

-ants NCSBI Director, Department of Navy-Marine corp,

SPD Chief, NCIS Director, and united States

D. Plaintiff ask the court to grant such other

reliefs as it see fit.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?    ☒ Yes   ☐ No

If yes, how many? ____1____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

JULIAN TERELL FURR V VIVIAN WILLIAMS ET.AL  the nature of case is violation of my Constitutional rights it ties with this case The case is being put in at the same time So it has no Status.

## IX.     PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

<u>November 10, 2022</u>                          <u>Julia farter</u>
Dated                                                          Plaintiff's Signature

<u>Julian Furr</u>
Printed Name

<u>1685715</u>
Prison Identification #

<u>4285   MSC</u>                     <u>Raleigh</u>            <u>NC</u>      <u>27699</u>
Prison Address                          City                   State    Zip Code

# Verified Complaint

I Julian Terell FuRR declare that everything I stated in my tort claim, is of my own free will and factual to the best of my Knowledge, And that I do not intend to be Malicious toward any of the defendants nor do I plan on being Frivolous to any of the defendants. I Julian Terell FuRR also declare that I exhausted every remedies I possible can under the law. I Julian T. FuRR declare that I cam prove every alleged facts if given the chance. I Julian Terell FuRR declare under penalty of prejury that its contents are True and Correct.

JULIAN TERELL FURR
Plaintiff print

Plaintiff sign:

Date    November 10, 2022
Nortary Print: Luke A Hunt            Nortary Stamp
Nortary sign:

My Commission Expires 6-7-2023.

LUKE A HUNT
NOTARY
PUBLIC
JOHNSTON COUNTY, NC

Bivens V Six unknown federal Narcotics Complaint
under federal Rule of civil Procedure 11, by signing below,
I certify to the best of my Knowledge, information and
belief that this Action under Bivens v. Six unknown
Federal Narcotics Agents, 403 U.S. 388 (1971) Complaint
(1) is not being presented for an improper purpose, such
as haras, cause unnecessary delay, or needless increase the
Cost of litigation (2) is supported by existing law or
by a nonfrivolous argument for extending or modifying existing
law; (3) the factual contentions have evidentiary support
or, if specifically so identified, will likely opportunity for further
investigation or discovery; and (4) The Action under Bivens v.
Six unknown federal Narcotics Agents, 403 U.S. 388 (1971) Complai
-nt otherwise complies with the requirements of Rule 11. I hearby
declare under penalty of prejury that its contents are true
and correct.

_Julian Furr_
Plaintiff Print

_[signature]_
Plaintiff Sign

Sworn to me by this date November 22, 2022

_Johnny L Johnson Jr_
Notary Print

_[signature]_
Notary Sign & Stamp

_September 15, 2024_
Notary Exp.

JOHNNY L JOHNSON JR
Notary Public, North Carolina
Wake County
My Commission Expires
September 15, 2024

1 of 1
55